**Order entered August 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00278-CV

**MOHAMED MOHAMED, INDIVIDUALLY AND ON BEHALF OF A.M., A MINOR,**
**Appellants**

**V.**

**THE BLAZE, INC., GLENN BECK, CENTER FOR SECURITY POLICY, JIM HANSON, FOX TELEVISION STATIONS LLC, BEN FERGUSON, BEN SHAPIRO, AND BETH VAN DUYNE, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12579**

## ORDER

We **REINSTATE** this appeal.

By order dated June 28, 2017, we abated this case for a hearing to determine the status of video exhibits that were omitted from the record on appeal. On July 28, 2017, the parties filed a written stipulation indicating that copies of the missing exhibits had been hand delivered to the trial court clerk for inclusion in the record. *See* TEX. R. APP. P. 34.5(e). On July 31, 2017, a supplemental clerk's record was filed containing the omitted video exhibits. In the interest of expediting this accelerated appeal and because we have not received the trial court's findings, we **VACATE** the June 28, 2017 order requiring findings.

We **ORDER** appellants to filed their brief by August 22, 2017.

/s/  MOLLY FRANCIS
   JUSTICE